**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 29, 2021

**By ECF and Electronic Mail**

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Daniel Comoretto</u>, 21-cr-00014

Dear Judge Vitaliano:

      We write with the consent of the government and U.S. Pretrial Services to request that Mr. Comoretto's conditions of release be modified to permit travel within Tennessee, Georgia, and Alabama. Mr. Comoretto lives in Chattanooga, Tennessee near the border of Alabama and Georgia. Since his release on bond last September, Mr. Comoretto has fully-complied with the terms of his release.

      A proposed order is enclosed for the Court's consideration.

      Thank you for your attention to this matter.

      Respectfully submitted,

      /s/
      Leticia M. Olivera
      Assistant Federal Defender
      Federal Defenders of New York
      (718) 330-1253
      Leticia_olivera@fd.org

cc: Mark Bini, AUSA
    Kimberly Williams, U.S. Pretrial Services
    NYEPTdb_Courtesy Out, courtesy@nyept.uscourts.gov